IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FABIAN BANTON | : | CIVIL ACTION |
| v. | : | |
| JOHN MORTON, ET AL. | : | NO. 10-5600 |

## ORDER

**AND NOW**, this 22nd day of February, 2011, upon consideration of Defendants' Motion to Dismiss (Docket No. 4), and all documents submitted in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and this action is **DISMISSED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.